TRW/tdj/13273

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DONALD C. SUMNER,

    Plaintiff,

v.                                    No. 1-03-1320-T

NOBEL INSURANCE COMPANY,

    Defendant.

AGREED ORDER OF DISMISSAL

It appearing to the Court that the parties have agreed, this matter is dismissed with prejudice.

IT IS SO ORDERED.

ENTERED this 23rd day of September, 2005.

                                                /s/ James D. Todd
                                                The Honorable James D. Todd
                                                District Court Judge

APPROVED FOR ENTRY:

/s/ Talmage M. Watts by Roben Long
TALMAGE M. WATTS, #015298
JAMES A. FREEMAN & ASSOCIATES, P.C.
2804 Columbine Place
Nashville, TN 37204
(615) 383-3787

Attorney for Plaintiff

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 9/23/05

*signature* by *signature*

RICHARD H. SFORZINI, JR., #005712
BLACKBURN & MCCUNE, PLLC
201 4TH Avenue North, Suite 1700
Nashville, Tennessee 37219

Attorney for Plaintiff

*signature*

ROANE WARING III, #12292
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Avenue, Suite 1500
Memphis, Tennessee  38103
(901) 526-7399

Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:03-CV-01320 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

T. Roane Waring
SHUTTLEWORTH SMITH MCNABB & WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Talmage Watts
BLACKBURN & MCCUNE
201 4th Ave. N
ste 1700
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT